GEORGE M. REIBER
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623
(585) 427-7225
Fax: (585) 427-7804

**January 15, 2018**

Kimberly R. Cook
64 Nellis Park
Rochester, NY 14608

Case No. 16-20197

# NOTICE TO DEBTOR(S)

**January 15, 2018**

Pursuant to your Chapter 13 Repayment Plan, the Trustee requests you provide *in writing* the following information to the address referenced above: ***Please provide a status as to whether or not you have received any monies from decedent's estate of your mother.***

This is a letter sent to you as a courtesy to remind you that the Trustee will be awaiting these documents. You will receive this notice <u>only</u> as a reminder to submit these documents. If these documents are not received in this office **within 15 days** of the date of this notice, the Chapter 13 plan will be considered delinquent and could result in a motion to dismiss your case being filed. If you know in advance that the information required will be late and therefore will not satisfy your obligation under your plan, you are strongly urged to <u>contact your attorney to discuss your options</u>.

Very truly yours,

George M. Reiber

GMR/lmc
xc: John Wieser, Esq.
     U.S. Bankruptcy Court